No. 10-10158. **Thelma Williams, Jr., Petitioner v. Susan Webber Wright, Judge, United States District Court for the Eastern District of Arkansas, et al.**

564 U.S. 1033, 131 S. Ct. 3084, 180 L. Ed. 2d 882, 2011 U.S. LEXIS 4823.

June 27, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

No. 10-10159. **Thelma Williams, Jr., Petitioner v. Lt. Johnson, et al.**

564 U.S. 1033, 131 S. Ct. 3070, 180 L. Ed. 2d 882, 2011 U.S. LEXIS 4892.

June 27, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

No. 10-10160. **Thelma Williams, Jr., Petitioner v. Crouch, et al.**

564 U.S. 1033, 131 S. Ct. 3070, 180 L. Ed. 2d 882, 2011 U.S. LEXIS 4899.

June 27, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

No. 10-10181. **Carnell McCreary, Petitioner v. Ricky Wertanen, et al.**

564 U.S. 1033, 131 S. Ct. 3072, 180 L. Ed. 2d 882, 2011 U.S. LEXIS 4980.

June 27, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and the petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in non-criminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).